| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF TEXAS<br>**FILED**<br>OCT - 4 2010<br>CLERK, U.S. DISTRICT COURT<br>By _____ Deputy | 7:09-CR-035 (03) RAJ |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 3-10CR0285-B |

| NAME OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| TED CODY BLAIR | Western District of Texas | Midland Division |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | United States District Judge Robert Junell |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | September 15, 2009 | September 14, 2012 |

**OFFENSE**

Conspiracy to Make, Utter, and Possess Counterfeit Securities, in violation of 18 U.S.C. § 513(a) & 18 U.S.C. § 371

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Western____ DISTRICT ____Texas/Midland Division____

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Northern District of Texas/Dallas Division____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9-18-10
_____                         _____
    Date                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT ____Northern____ DISTRICT ____Texas/Dallas Division____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-4-10
_____                         _____
 Effective Date                         United States District Judge