PROB 12B
(TXN 8/2005)



# United States District Court

for

Northern District of Texas

## Request For Modifying the Conditions of Supervision With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: <u>Ted Cody Blair</u>  Case No: <u>3:10-CR-285-B(01)</u>

Name of Sentencing Judicial Officer: <u>U.S. District Judge Robert Junell, Western District of Texas (jurisdiction transferred to U.S. District Judge Jane J. Boyle on October 4, 2010)</u>

Date of Original Sentence: <u>July 29, 2009</u>

Original Offense: <u>Conspiracy to Make, Utter, and Possess Counterfeit Securities, 18 U.S.C. 513(a) & 18 U.S.C. 371</u>

Original Sentence: <u>15 months custody, 3-year term of supervised release</u>

Type of Supervision: <u>Supervised Release</u>    Date Supervision Commenced: <u>September 15, 2009</u>

Assistant U.S. Attorney: <u>John S. Klassen</u>    Defense Attorney: <u>Eva Marie Leahey (Court Appointed)</u>

---

### PETITIONING THE COURT AS FOLLOWS:

To add to the conditions of supervision with the consent of the offender as follows:

The defendant shall reside in the residential re-entry center and successfully participate in the residential re-entry center program located at the Volunteers of America, 800 W. Wintergreen, Hutchins, TX 75141, for a period of 180 days consecutive days. While there, the defendant will initially participate in its community corrections component, but may become eligible the last one-third of the term of confinement for placement in its prerelease component upon approval of the Federal Bureau of Prisons and provided the defendant meets all the center's requirements. (Macro 19A)

PROB 12B
Ted Cody Blair
Request For Modifying the Conditions of Supervision With Consent of the Offender                                                                 Page 2

# CAUSE

## I.

**Violation of Condition**: The defendant shall pay any unpaid balance of restitution upon commencement of term of supervised release on a schedule to be approved by the Court.

**Violation of Condition**: The defendant shall pay the unpaid restitution balance of $31,681.45 at a rate of $50 per month. The restitution payments will be paid through the Clerk, U.S. District Court for distribution to payees. Payment of this sum will begin immediately. No further payments shall be required after the sum of amounts actually paid by the defendants/participants David Wayne Kingery (01), Freddie Salinas (02), Mark Anthony Avila (03), Jesus Martinez, Jr. (05), Liliana Urias Aguirre (6), Mireya Guebara Rodriguez (07), and Consuelo Arballo (08) has fully recovered all the compensable injuries. (Added June 7, 2010)

**Nature of Noncompliance**:

Ted Cody Blair has failed to pay any restitution for the months of June, July, August, September, November and December 2010.

## II.

**Violation of Condition No. 5**: The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training or other acceptable reasons.

**Nature of Noncompliance**:

Ted Cody Blair has failed to maintain regular employment.


Respectfully submitted,                                    Approved,

_Jake R. Vasquez_                                          _Michael McQuay_
Jake R. Vasquez                                            Michael McQuay
Senior U.S. Probation Officer                              Supervising U. S. Probation Officer
Westmoreland Divisional Office                             972-709-6098, Ext. 230
972-709-6098, Ext. 235
Fax: 972-709-5903

PROB 12B
Ted Cody Blair
Request For Modifying the Conditions of Supervision With Consent of the Offender                                                                 Page 3

I declare under penalty of perjury that the foregoing is true and correct.

_____          Signed on  __12/16/2010__
Jake R. Vasquez                                                            Date
Senior U.S. Probation Officer

PROB 12B
Ted Cody Blair
Request For Modifying the Conditions of Supervision With Consent of the Offender                                          Page 4

THE COURT ORDERS:

[ ]  No action.
[✓]  The following conditions be added to the offender's conditions of supervised release:
     The defendant shall reside in the residential re-entry center and successfully participate in the residential re-entry center program located at the Volunteers of America, 800 W. Wintergreen, Hutchins, TX 75141, for a period of 180 days consecutive days. While there, the defendant will initially participate in its community corrections component, but may become eligible the last one-third of the term of confinement for placement in its prerelease component upon approval of the Federal Bureau of Prisons and provided the defendant meets all the center's requirements. (Macro 19A)
[ ]  Other.

_____
Jane J. Boyle
U.S. District Judge

12-20-10
Date

PROB 49
(3/89)

# United States District Court

## Northern District of Texas

### Waiver of Hearing to Modify Conditions of Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

The defendant shall reside in the residential re-entry center and successfully participate in the residential re-entry center program located at theVolunteers of America, 800 W. Wintergreen, Hutchins, TX 75141 , for a period of 180 consecutive days. While there, the defendant will initially participate in its community corrections component, but may become eligible the last one-third of the term of confinement for placement in its prerelease component upon approval of the Federal Bureau of Prisons and provided the defendant meets all the center's requirements. (Macro 19A)

Witness: *[signature]*
Jake R. Vasquez
U.S. Probation Officer

Signed: X *[signature]*
Ted Blair
Supervised Releasee

12/14/10

X *[signature]*
Date